CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JUN 1 7 2019**

JULIA C. DUDLEY, CLERK
BY: ~~~~~~~~~~~
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| LYNDON W. L ONG, | ) | Civil Action No. 3:18CV00033 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| DELHAIZE AMERICA, INC., a/k/a | ) | |
| FOOD LION, INC., and | ) | By: Hon. Glen E. Conrad |
| FOOD LION, LLC, | ) | Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

The court has before it the parties' stipulation of dismissal filed in this case pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED with prejudice, each party to pay its own costs and

attorney's fees, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this ___17ᵗʰ___ day of June, 2019.

_____
Senior United States District Judge